```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 22620
    CHRISTINE L GRANT
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6751

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/15/2004 and was confirmed 03/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/23/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     SECURED NOT I           .00              .00              .00
HOMECOMINGS FINANCIAL     SECURED NOT I           .00              .00              .00
NICOR GAS                 UNSECURED            852.99              .00           852.99
NICOR GAS                 UNSECURED         NOT FILED              .00              .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED              .00              .00
AMERITECH                 UNSECURED         NOT FILED              .00              .00
CITY OF HARVEY            UNSECURED         NOT FILED              .00              .00
CITY OF HARVEY            UNSECURED         NOT FILED              .00              .00
CITY OF HARVEY            UNSECURED         NOT FILED              .00              .00
SOUTH SUBURBAN HOSPITAL   UNSECURED         NOT FILED              .00              .00
SOUTH SUBURBAN HOSP       UNSECURED         NOT FILED              .00              .00
SULLIVAN AMBULANCE        UNSECURED         NOT FILED              .00              .00
SULLIVAN URGENT AID       UNSECURED         NOT FILED              .00              .00
COMMONWEALTH EDISON       UNSECURED            182.78              .00           182.78
FINGERHUT                 UNSECURED         NOT FILED              .00              .00
COLUMBIA HOUSE            UNSECURED         NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED               .00              .00              .00
FIRST USA                 UNSECURED         NOT FILED              .00              .00
SHOPPERS CHARGE ACCOUNTS  UNSECURED            247.52              .00           247.52
WORLD FINANCIAL NETWK NA  UNSECURED         NOT FILED              .00              .00
AT & T WIRELESS           UNSECURED         NOT FILED              .00              .00
QUEST DIAGNOSTIC          UNSECURED         NOT FILED              .00              .00
HOMECOMINGS FINANCIAL     UNSECURED         NOT FILED              .00              .00
LOAN SERVICING CENTER     UNSECURED         NOT FILED              .00              .00
BANK ONE                  UNSECURED         NOT FILED              .00              .00
TELECOM USA               UNSECURED         NOT FILED              .00              .00
CITY OF HARVEY            UNSECURED         NOT FILED              .00              .00
LSC                       UNSECURED         NOT FILED              .00              .00
CAPITAL ONE SERVICES      UNSECURED         NOT FILED              .00              .00
WORLD FINANCIAL NETWORK   UNSECURED            756.58              .00           756.58
ECAST SETTLEMENT CORP     UNSECURED            632.46              .00           632.46
NICOR GAS                 UNSECURED         NOT FILED              .00              .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 22620 CHRISTINE L GRANT
```

```
AT & T BANKRUPCTY            UNSECURED      NOT FILED              .00              .00
BALLYS                       UNSECURED      NOT FILED              .00              .00
BALLYS                       UNSECURED      NOT FILED              .00              .00
BALLYS                       UNSECURED      NOT FILED              .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED              .00              .00
INGALLS MEMORIAL HOSPITA     UNSECURED      NOT FILED              .00              .00
INGALLS MEMORIAL HOSPITA     UNSECURED      NOT FILED              .00              .00
FIFTH THIRD BANK             UNSECURED      NOT FILED              .00              .00
TCF NATIONAL BANK            UNSECURED      NOT FILED              .00              .00
EDGEWATER MEDICAL CENTER     UNSECURED      NOT FILED              .00              .00
MEDICAL RECOVERY SPECIAL     UNSECURED      NOT FILED              .00              .00
A HARALAMPOPOULOS            UNSECURED      NOT FILED              .00              .00
AT & T BANKRUPCTY            UNSECURED      NOT FILED              .00              .00
MTI                          UNSECURED      NOT FILED              .00              .00
CFC CORP                     UNSECURED      NOT FILED              .00              .00
CITY OF CHICAGO WATER DE     UNSECURED      NOT FILED              .00              .00
UIC                          UNSECURED      NOT FILED              .00              .00
SILVER CROSS HOSPITAL        UNSECURED      NOT FILED              .00              .00
OSI PORTFOLIO SERVICES       UNSECURED         933.97              .00           933.97
FAIRBANKS CAPITAL CORP       UNSECURED      NOT FILED              .00              .00
HOMECOMINGS FINANCIAL        UNSECURED      NOT FILED              .00              .00
HOMECOMINGS FINANCIAL        UNSECURED      NOT FILED              .00              .00
SOCIAL SECURITY ADMIN        PRIORITY       NOT FILED              .00              .00
INTERNAL REVENUE SERVICE     PRIORITY         3844.81              .00          3844.81
COMMONWEALTH EDISON          UNSECURED      NOT FILED              .00              .00
NICOR GAS                    UNSECURED      NOT FILED              .00              .00
INTERNAL REVENUE SERVICE     UNSECURED        1385.12              .00          1385.12
LOAN SERVICING CENTER        CURRENT MORTG       .00               .00              .00
LOAN SERVICING CENTER        MORTGAGE ARRE   22231.15              .00         22231.15
OMNI CREDIT SERVICES         FILED LATE        514.02              .00              .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED              .00              .00
DYCK O'NEIL INC              FILED LATE      33688.75              .00              .00
MOULTON & ASSOCIATES         DEBTOR ATTY     1,500.00                          1,500.00
TOM VAUGHN                   TRUSTEE                                           2,195.00
DEBTOR REFUND                REFUND                                           35,592.51

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  70,354.89

PRIORITY                                         3,844.81
SECURED                                         22,231.15
UNSECURED                                        4,991.42
ADMINISTRATIVE                                   1,500.00
TRUSTEE COMPENSATION                             2,195.00
DEBTOR REFUND                                   35,592.51
                                     ---------------    ---------------
```

              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22620 CHRISTINE L GRANT

```
TOTALS                                 70,354.89              70,354.89
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
Dated: 09/25/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```